NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1501

FLEXITEEK AMERICAS, INC.
and FLEXITEEK INTERNATIONAL AS,

Plaintiffs-Appellees,

v.

PLASDECK INC. and PLASTEAK INC.,

Defendants-Appellants,

and

ANDRE BATISTA,

Defendant.

Appeal from the United States District Court for the Southern District of Florida in case no. 08-CV-60996, Judge James I. Cohn.

ON MOTION

Before DYK, Circuit Judge.

ORDER

Upon consideration of the appellees' motion for leave to file a brief in excess of the permitted word count,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

JAN 29 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   S. Tracy Long, Esq.
      Bruce H. Wilson, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 29 2010

JAN HORBALY
CLERK